FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTORIA KOMENDA,<br><br>        Plaintiff,<br><br>v.<br><br>LIVE NATION WORLDWISE, INC., a Delaware Corporation doing business in the State of Washington; and JOHN DOE DEFENDANTS 1 through 4,<br><br>        Defendant. | No. 2:22-CV-00200-MKD<br><br>ORDER OF DISMISSAL ON CLAIMS AGAINST DEFENDANT ISTAR BLUES, LLC<br><br>ECF No. 14 |

Before the Court is the parties' Stipulation of Counsel Regarding Dismissal of a Party, ECF No. 14. The parties stipulate to dismiss all claims against Defendant iStar Blues, LLC, with prejudice, and without an award of fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared. Defendant iStar Blues, LLC, is dismissed with prejudice.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation of Counsel Regarding Dismissal of a Party, **ECF No. 14**, is **GRANTED.**

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims against and all defenses raised by Defendant iStar Blues, LLC are **DISMISSED with prejudice**, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **TERMINATE** Defendant iStar Blues, LLC, as a defendant in this action. The case caption set forth in this Order shall be applied to all future pleadings.

DATED June 30, 2023.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE