FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTORIA KOMENDA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LIVE NATION WORLDWIDE, INC., a Delaware Corporation doing business in the State of Washington; and JOHN DOES 1-4,<br><br>　　　　Defendants. | No. 2:22-CV-00200-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 25** |

Before the Court is the parties' Stipulation and Order of Dismissal. ECF No. 25. The parties stipulate and agree to dismiss all claims against all defendants. Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B) provide that a plaintiff may dismiss an action without court order by filing a stipulated motion to dismiss signed by all parties that have appeared. The instant stipulation is signed by counsel for all remaining parties and seeks dismissal with prejudice, without an award of fees or costs.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii), LCivR 41(a)(1)(B), and the parties' stipulation, all claims against and all defenses are **DISMISSED with prejudice**, without an award of fees or costs.

2. All pending hearings and deadlines, if any, are **STRICKEN**.

3. All pending motions, if any, are **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE** the file.

DATED February 28, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2